**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DWAYNE HILL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 19-cv-6080 |
| v. | ) | |
| | ) | Magistrate Judge Cox |
| CITY OF CHICAGO, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| RICKY FOUNTAIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 19-cv-6081 |
| v. | ) | |
| | ) | Magistrate Judge Cox |
| CITY OF CHICAGO, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## PRIVACY ACT ORDER

This matter having come before the court on motion of the United States [dkt 132 in 19-cv-6080 and dkt. 111 in 19-cv-6081], and the Court being informed in the premises, it is hereby ORDERED, pursuant to 5 U.S.C. § 552a(b)(11), that the referenced motions are GRANTED. The United States may produce items sought by the City's July 2, 2020 document subpoena to the United States Attorney's Office. The parties to this litigation may receive and use such documents otherwise restricted by the Privacy Act for the purposes of this litigation only and shall take reasonable steps to prevent the disclosure of such testimony or documents for any purposes other than this litigation.

**ENTERED: 12/9/2020**

_____
Susan E. Cox,
United States Magistrate Judge