Rickey Fountain
                    Plaintiff,

v.                                          Case No.: 1:19−cv−06081
                                            Honorable Franklin U. Valderrama

City of Chicago, et al.
                    Defendant.


# NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, February 16, 2021:

   MINUTE entry before the Honorable Susan E. Cox: Motion hearing held. Official Court Reporter, Tracey McCullough present. (Cases called together: 19cv6080 Hill v. City of Chicago and 19cv6081 Fountain v. City of Chicago) Defendant's motion to extend discovery deadline [140] and [163] is granted. Fact discovery deadline set for 2/26/2021 is stricken. The Court will set a new discovery deadline after the District Judge has ruled on the motion to disclose grand jury materials currently pending. Mailed notice (np, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.