# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Rickey Fountain
        Plaintiff,

v.                Case No.: 1:19−cv−06081
                Honorable Franklin U. Valderrama

City of Chicago, et al.
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 15, 2022:

  MINUTE entry before the Honorable Susan E. Cox:The Court has reviewed the parties' joint status report. They are conferring about deposition scheduling following Judge Pallmeyer's recent order related to grand jury materials. The parties are ordered to file an updated joint status report on 8/5/22 proposing a new fact discovery deadline and informing the Court of the parties' agreed deposition schedules. Mailed notice (gw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.