UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Rickey Fountain
                      Plaintiff,

v.                                                   Case No.: 1:19−cv−06081
                                                        Honorable Franklin U. Valderrama

City of Chicago, et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 6, 2023:

      MINUTE entry before the Honorable Susan E. Cox: The Court has reviewed the parties' status report indicating that Plaintiff Rickey Fountain will not be able to be deposed before the 2/28/2023 fact discovery deadline. The Court hereby extends the 2/28/2023 fact discovery deadline to 3/31/2023 for the sole purpose of deposing Plaintiff Rickey Fountain. The parties are to file a joint status report on 3/24/2023 proposing an expert discovery schedule and informing the Court whether they would like a settlement conference at that juncture. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.